# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

July 30, 2018

**Before**

DIANE P. WOOD, *Chief Judge*

KENNETH F. RIPPLE, *Circuit Judge*

MICHAEL S. KANNE, *Circuit Judge*

No. 16-4217

| | |
|---|---|
| JERMEL POPE, | Appeal from the United States District |
| *Petitioner-Appellant*, | Court for the Central District of |
| | Illinois. |
| *v.* | |
| | No. 14-cv-01393 |
| JANET PERDUE | |
| *Respondent-Appellee*. | **Sara Darrow**, |
| | *Judge*. |

**O R D E R**

It is ORDERED that footnote 1 at page 5 of the original opinion is STRICKEN and replaced with the following revised footnote 1:

> The Government's reliance on *Spencer v. Kemna's* mootness standard is misplaced. *See* 523 U.S. 1, 7 (1998). While Pope is no longer incarcerated, he continues to serve his sentence on supervised release – another form of custody. *Trotter*, 270 F.3d at 1152. Thus, *Spencer*, a case in which the petitioner's sentence had already expired, does not apply. *See Spencer*, 523 U.S. at 7.

It is further ORDERED that the statute referred to on line 2 of the CONCLUSION at page 13 of the original opinion is revised from § 3538(e) to § 3583(e).

Finally, it is ORDERED that the Respondent's Petition for Panel Rehearing is DENIED.